AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) Case: 1:22-mj-00096 |
| EDWARD KELLEY | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 5/3/2022 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **EDWARD KELLEY**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assault;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1361 - Destruction of Government Property;
18 U.S.C. § 1752(a)(1), (2), and (4) - Unlawful Entry and Physical Violence;
40 U.S.C. § 5104(e)(2)(B), (D), (F) and (G) - Violent Entry, disorderly conduct, and other offenses.

Date: 05/03/2022

2022.05.03 13:36:16 -04'00'
*Issuing officer's signature*

City and state: Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/3/22, and the person was arrested on *(date)* 5/5/22
at *(city and state)* KNOXVILLE, TN.

Date: 5/5/22

*Arresting officer's signature*

SCOTT P. DIETSCHE - SPECIAL AGENT
*Printed name and title*

FID: 1141951
USMS: 99 454-509