IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>  v.<br><br>**EDWARD KELLEY,**<br><br>  Defendant. | CR NO. 22-MJ-96 |

### CONSENT MOTION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, through undersigned counsel, hereby files this motion to adjourn the status hearing set for Tuesday, August 16, 2022, in the above-captioned matter, for approximately 60 days, until Tuesday, October 18, 2022. Defense counsel concurs in this motion. The parties request the additional time to engage in plea negotiations and review preliminary discovery productions.

The parties request that the Court exclude the time until the status conference on October 18, 2022, pursuant to 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy indictment and trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

 Respectfully submitted,

 MATTHEW M. GRAVES
 UNITED STATES ATTORNEY
 D.C. Bar Number 481052

By:  /s/ Samuel S. Dalke
 SAMUEL S. DALKE
 Assistant United States Attorney – Detailee
 PA Bar No. 311803
 601 D Street N.W., Washington, DC 200530
 Samuel.S.Dalke@usdoj.gov
 717-515-4095

CERTIFICATE OF SERVICE

    On this 1st day of August, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                      By:    /s/ Samuel S. Dalke
                                SAMUEL S. DALKE
                                Assistant United States Attorney – Detailee