IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD KELLEY,<br><br>    Defendant. | CR NO. 22-MJ-96 |

# ORDER

Based upon the representations in the Consent Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is GRANTED; it is further **ORDERED** that the currently scheduled status hearing on October 18, 2022, be continued for good cause to December 20, 2022, at 1 p.m.; and it is further

**ORDERED** that the time between October 18, 2022, and December 20, 2022, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. §§ 3161(b), 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy indictment and trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution and the parties additional time to review discovery.

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE