# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | CR NO. 22-MJ-96 |
| **EDWARD KELLEY,** | |
| Defendant. | |

## ORDER

Based upon the representations in the Consent Motion to Continue the October 18, 2022 Preliminary Hearing, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is GRANTED; it is further **ORDERED** that the currently scheduled preliminary hearing on October 18, 2022, be continued for good cause to December 20, 2022, at 1 p.m. and joined with the status hearing scheduled for the same date and time in the above-captioned matter.

.

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE