# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**V.** )   CASE NO: 1:22-MJ-96<br>)<br>**EDWARD KELLEY,** )<br>)<br>DEFENDANT. )<br>) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to the D.C. Bar Rule of Professional Conduct 1.16, undersigned counsel hereby moves to withdraw from the representation of defendant Edward Kelley.

Mr. Kelley and his counsel jointly seek the withdrawal.

This is a felony matter that is currently still assigned to a Magistrate Judge (although an indictment is expected to be docketed next week), there is no trial date, the defendant's case will not be delayed, and the withdrawal is not expected to have a material adverse effect on the interests of the client or his case.

Mr. Kelley will seek for this court to appoint counsel for all future proceedings.

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.

*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

## CERTIFICATE OF SERVICE FOR CM/ECF

 I hereby certify that on December 16, 2022, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.